# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: BERNARD M. ZIEGLER  
1395 LUCERNE DRIVE  
CRYSTAL LAKE, IL  60014

SSN-xxx-xx-1150

Case Number: 05-72832

Case filed on: 6/4/2005  
Plan Confirmed on: 9/16/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $45,127.10     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 1,090.00 | 1,090.00 | 1,090.00 | 0.00 |
|  | Total Legal | 1,090.00 | 1,090.00 | 1,090.00 | 0.00 |
| 024 | FORD MOTOR CREDIT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | BERNARD M. ZIEGLER | 0.00 | 0.00 | 1,567.10 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,567.10 | 0.00 |
| 002 | FORD MOTOR CREDIT CORP | 12,776.84 | 12,776.84 | 12,776.84 | 835.59 |
|  | Total Secured | 12,776.84 | 12,776.84 | 12,776.84 | 835.59 |
| 001 | ECAST SETTLEMENT CORPORATION | 1,955.64 | 1,955.64 | 1,247.54 | 0.00 |
| 003 | CREDITORS BANKRUPTCY SERVICE | 1,111.73 | 1,111.73 | 709.19 | 0.00 |
| 004 | BECKET & LEE, LLP | 2,831.06 | 2,831.06 | 1,805.97 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 5,081.82 | 5,081.82 | 3,241.76 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 2,678.33 | 2,678.33 | 1,708.54 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 3,727.03 | 3,727.03 | 2,377.52 | 0.00 |
| 008 | BP AMOCO | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 1,946.44 | 1,946.44 | 1,241.65 | 0.00 |
| 010 | CINGULAR WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CHASE BANK USA NA | 1,720.59 | 1,720.59 | 1,097.58 | 0.00 |
| 012 | RESURGENT CAPITAL SERVICES | 5,057.81 | 5,057.81 | 3,226.43 | 0.00 |
| 013 | RESURGENT CAPITAL SERVICES | 3,268.92 | 3,268.92 | 2,085.28 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 1,611.40 | 1,611.40 | 1,027.93 | 0.00 |
| 015 | DISCOVER FINANCIAL SERVICES | 7,134.21 | 7,134.21 | 4,551.00 | 0.00 |
| 016 | EXXON MOBIL | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | GE CAPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ECAST SETTLEMENT CORPORATION | 1,077.07 | 1,077.07 | 687.07 | 0.00 |
| 019 | RADIO SHACK / HURLEY STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | RBS MASTERCARD PLATINUM | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | RESURGENT CAPITAL SERVICES | 299.46 | 299.46 | 191.03 | 0.00 |
| 022 | SHELL - CITICORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | TARGET NATIONAL BANK fka RETAILERS NAT'L | 1,446.35 | 1,446.35 | 922.64 | 0.00 |
|  | Total Unsecured | 40,947.86 | 40,947.86 | 26,121.13 | 0.00 |
|  | Grand Total: | 54,814.70 | 54,814.70 | 41,555.07 | 835.59 |

Total Paid Claimant: $42,390.66  
Trustee Allowance: $2,736.44  
Percent Paid Unsecured: 63.79

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008         By   /s/Heather M. Fagan